So Ordered:

s/KAM
11/24/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DONATO MICHELE MARTINO ARRIA,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and MATHEW VARGHESE, in his official capacity as Director of the USCIS New York Asylum Office, [1]

Defendant.

-----------------------------------------------------------------x

**STIPULATION AND ORDER TO TRANSFER VENUE**

Civil Action No. 25-cv-5056

(Matsumoto, J.)

WHEREAS, Plaintiff Donato Michele Martino Arria ("Plaintiff") commenced the above-captioned action on September 10, 2025, against Defendants U.S. Department of Homeland Security ("DHS"); U.S. Citizenship and Immigration Services ("USCIS"); Kristi Noem, in her official capacity as Secretary of DHS; Joseph Edlow, in his official capacity as Director of USCIS; and Mathew Varghese, in his official capacity as Director of the USCIS New York Asylum Office (collectively "Defendants");

WHEREAS, in the Complaint that Plaintiff filed in the above-captioned action, Plaintiff asserted that she resides in the state of New York;

WHEREAS, Plaintiff's counsel has confirmed to counsel for Defendants that Plaintiff, in fact, resides in New York County, New York and resided there when she commenced this action;

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit, therefore, USCIS New York Asylum Office Director Varghese has been substituted for USCIS New York Asylum Office Director Menges.

WHEREAS, pursuant to 28 U.S.C. § 112(b), New York County, New York is located within the Southern District of New York, not the Eastern District of New York;

WHEREAS, Plaintiff seeks to compel adjudication of an I-589, Application for Asylum and for Withholding of Removal (the "I-589");

WHEREAS, USCIS has scheduled Plaintiff for her I-589 interview on Monday, January 5, 2026 at 9:00 a.m., at the USCIS Field Office located at 201 Varick Street, Suite 629, New York, New York 10014, which is within the Southern District of New York;

WHEREAS, Plaintiff alleges no events or omissions giving rise to this action occurred in the Eastern District of New York that, absent Plaintiff's residence, might affect venue under 28 U.S.C. § 1391(e)(1); and

WHEREAS, Defendant does not waive any argument or defense in this action including without limitation regarding venue, service, or jurisdiction:

IT IS NOW HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants in the above-captioned action that this action shall be transferred pursuant to 28 U.S.C § 1406 to the United States District Court for the Southern District of New York.

Dated: Houston, Texas
November 21, 2025

POLITICAL ASYLUM LAWYERS
*Counsel for Plaintiff (Pro Hac Vice)*
1923 Washington Ave.
Ste 2233
Houston, Texas 77007

By: */s/ William B. Jacobi*
William B. Jacobi, Esq.
(512) 420-7227
bjacobi@politicalasylumlawyers.com

Dated: Central Islip, New York
November 21, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendant*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: /s/ *Thomas R. Price*

THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

SO ORDERED, this
____ day of ____________, 2025

___________________________________
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK