**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

DONATO MICHELE MARTINO ARRIA,

**Plaintiff,**

-against-

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

**Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2025

**25-CV-09759 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 25, 2025, Judge Vernon S. Broderick referred this case to my docket for general pretrial supervision. The only Assistant United States Attorney who has appeared on behalf of Defendants works out of the Office of the U.S. Attorney for the Eastern District of New York, where this case was originally filed. Accordingly, counsel should confirm that he will continue to represent the Defendants; alternatively, an Assistant United States Attorney from the Office of the U.S. Attorney for the Southern District of New York should appear.

Second, a review of the docket suggests that Defendants have been served and their time to respond to the Plaintiff's complaint has passed. Accordingly, Defendants are ordered to respond to the complaint or, alternatively, request an extension of time to do so.

Third, in light of the parties' stipulation that Petitioner's I-589 interview is scheduled for January 5, 2026 (ECF No. 8), the parties are directed to file a status letter by January 6, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 4, 2025
          New York, New York